ENTERED

NOV - 2 2009

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY                    Deputy Clerk

1   Elizabeth Rojas, Chapter 13 Trustee      ORIGINAL
    15060 Ventura Blvd., Suite 240
2   Sherman Oaks, CA  91403
    (818) 933-5700  Fax: (818) 933-5755
3

4                 UNITED STATES BANKRUPTCY COURT
                   CENTRAL DISTRICT OF CALIFORNIA
5                   SAN FERNANDO VALLEY DIVISION

FILED

NOV - 2 2009

CLERK, U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY                    Deputy Clerk

6   IN RE:                              )      CHAPTER 13
                                        )      CASE NO. SV09-22275-GM
7   ANGELICA PENALOSA                   )
                                        )      ORDER DISMISSING CHAPTER 13
8                                       )      PETITION DUE TO FAILURE OF
                                        )      DEBTOR(S) TO APPEAR AT THE 341(a)
9                                       )      MEETING OF CREDITORS AND/OR TO
                                        )      MAKE PRE-CONFIRMATION
10                                      )      PAYMENTS
                                        )
11                     DEBTOR    )

12
        Notice of the 341(a) meeting of creditors and initial confirmation hearing date having been duly
13   served by the Clerk of the Court, or the Trustee, upon the debtor(s), and the debtor(s) having failed
     appear at the same and/or having failed to make the required pre-confirmation payments, and good cause
14   appearing, it is therefore,

15   ORDERED:

16
        1. That all stay and restraining orders arising under 11 U.S.C. 362(a) and 1301 are vacated and
17   dissolved; and

18      2. That the petition herein is dismissed and all pending motions and adversary proceedings in this
     case are moot and dismissed.
19

20

21

22   Dated: NOV 0 2 2009
                                           _____
23                                         Geraldine Mund
                                           U. S. Bankruptcy Judge
24

25

26      LODGED
        OCT 27
27

28

1

Elizabeth Rojas, Chapter 13 Trustee
15060 Ventura Blvd., Suite 240
Sherman Oaks, CA  91403
(818) 933-5700  Fax: (818) 933-5755

2

3

4

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SAN FERNANDO VALLEY DIVISION

5

6

IN RE:

ANGELICA PENALOSA

7

8

9

DEBTOR

)
)
)
)
)
)
)
)
)
)

CHAPTER 13
CASE NO. SV09-22275-GM


**PROOF OF SERVICE BY MAIL**

10

11

PROOF OF SERVICE

12

13

14

15

16

    I declare under penalty of perjury that I am over the age of eighteen years and not a party to the within entitled action, I am employed by Elizabeth Rojas, Chapter 13 Standing Trustee, 15060 Ventura Blvd., Suite 240, Sherman Oaks, CA 91403, and that on 10/22/2009 I served the following document(s): ORDER DISMISSING CHAPTER 13 PETITION DUE TO FAILURE OF DEBTOR TO APPEAR AND/OR MAKE PRECONFIRMATION PAYMENTS on all parties in interest listed below, by placing a true copy thereof enclosed in a sealed envelope with postage theron fully prepaid, in the United States Mail addressed as follows:

ANGELICA PENALOSA
16445 SIMONDS ST
GRANADA HILLS, CA  91344

Ms. Jennifer Braun
Assistant United States Trustee
Department of Justice
21051 Warner Center Lane, #115
Woodland Hills, CA  91367-1367

17

18

19

20

Executed at Sherman Oaks, California on October 22, 2009.

21

22

*Gisele Dorsey*

23

Gisele Dorsey

24

25

26

27

28